**Order entered October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01440-CV

## IN RE ELIZABETH REBELES, HOLLINGSWORTH SAND & GRAVEL, LLC, AND KELLY DEAN HOLLINGSWORTH, Relators

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-10674**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus and motion for temporary relief. We **ORDER** that relators bear the costs of this original proceeding.

/s/ DAVID EVANS
   JUSTICE